# EXHIBIT 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| John Dogbe, an individual;<br>Alberta Dogbe, an individual<br><br>*Plaintiff(s)*<br>v.<br>The Lakes at Lemmon Valley, LLC,<br>A Nevada Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. 24-283 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Lakes at Lemmon Valley, LLC
7711 Sky Vista Parway
Reno, NV 89506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer McMenomy, Esq.
McMenomy Law, PLLC
100 Vine Street
Reno, NV 89503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*