# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN DOGBE, an individual,
ALBERTA DOGBE, an individual,

                    Plaintiffs,

  v.

THE LAKES AT LEMMON VALLEY,
LLC, a Nevada limited liability
company,

                    Defendant.

3:24-cv-00283 -CSD

**ORDER**

Re:  ECF No. 48

Before the court is the Notice of Settlement submitted by defense counsel. (ECF No. 48.)

**IT IS HEREBY ORDERED** that the parties shall submit their Stipulation and Order for Dismissal on or before **Friday, February 27, 2026**.

DATED:  January 26, 2026.



Craig S. Denney
United States Magistrate Judge