# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN DOGBE, an individual,
ALBERTA DOGBE, an individual,

               Plaintiffs,

  v.

THE LAKES AT LEMMON VALLEY,
LLC, a Nevada limited liability
company,

               Defendant.

3:24-cv-00283-CSD

**ORDER**

On December 24, 2025, the parties filed a Notice of Settlement. (ECF No. 48.)

On January 26, 2026, the court issued an order giving the parties until February 27, 2026, to file a stipulation and order for dismissal. (ECF No. 49.) To date, counsel have failed to comply.

On February 27, 2026, the parties filed a Joint Status Report. (ECF No. 50.) However, the parties do not advise the court of when the settlement will be finalized or when the stipulation for dismissal will be filed.

  **IT IS HEREBY ORDERED** that the parties shall have to and including **Friday, March 27, 2026**, to file the Stipulation for Dismissal or otherwise provide the court with a joint status report regarding their progress of documenting the settlement.

DATED:  March 2, 2026.



Craig S. Denney
United States Magistrate Judge