BRANDON D. WRIGHT
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
MANUEL R. GURULE
Nevada Bar No. 15926
Manuel.Gurule@Lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256
*Attorneys for THE LAKES AT LEMMON VALLEY, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOGBE, an individual; ALBERTA DOGBE, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>THE LAKES AT LEMMON VALLEY, LLC, a Nevada limited liability company,<br><br>       Defendant | Case No. 3:24-cv-00283-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective counsel, that the above-entitled action by Plaintiffs JOHN DOGBE and ALBERTA DOGBE, (hereinafter "Plaintiffs") against Defendant THE LAKES AT LEMMON VALLEY, LLC, ("Defendant"), as follows:

1. The parties have mutually decided to dismiss this lawsuit, including any claims or counterclaims that could have been asserted therein.

2. The parties agree that each party will bear his, her, or its own costs.

3. All parties have denied, and continue to deny, the claims asserted by all other parties in this case.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175613604.2

4. The lawsuit shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED this 8th day of May, 2026.                    DATED this 8th day of May, 2026.

MCMENOMY LAW PLLC                              LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Marshall Lyon*                              */s/ Brandon D. Wright*
JENNIFER M. MCMENOMY, ESQ.                 BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 14239                              Nevada Bar No. 13286
MARSHALL LYON, ESQ.                            MANUEL R. GURULE, ESQ.
Nevada Bar No. 16425                              Nevada Bar No. 15926
100 Vine Street                                   5555 Kietzke Lane, Suite 200
Reno, Nevada 89502                                Reno, Nevada 89511
*Attorney for Plaintiffs*                          Tel. 775.399.6383
                                                 Fax 775.827.9256
                                                 *Attorneys for THE LAKES AT LEMMON*
                                                 *VALLEY, LLC*

IT IS SO ORDERED.

DATED this __8th__ day of May, 2026.

_____.
UNITED STATES MAGISTRATE JUDGE

175613604.2                                  2